

# Fourth Court of Appeals
## San Antonio, Texas

September 28, 2015

No. 04-15-00532-CV

**METSO MINERALS INDUSTRIES, INC.,**
Appellant

v.

**MAVERICK AGGREGATES, INC.,**
Appellee

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 12-09-27789-MCVAJA
Honorable David A. Berchelmann, Jr., Judge Presiding

# O R D E R

The District Clerk's request for exemption from electronic filing is hereby GRANTED. The clerk's record is deemed filed as of September 28, 2015. Appellant's brief is due on or before October 19, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court